No. 15–0172/MC. U.S. v. Francis L. Captain. CCA 201300137. On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues specified by the Court:

I. WHETHER TRIAL DEFENSE COUNSEL PROVIDED INEFFECTIVE ASSISTANCE OF COUNSEL BY FAILING TO OFFER EVIDENCE, OTHER THAN AN UNSWORN STATEMENT, IN EXTENUATION OR MITIGATION AND BY CONCEDING THE APPROPRIATENESS OF A DISHONORABLE DISCHARGE.

II. WHETHER THE UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS ERRED IN AFFIRMING A SENTENCE THAT INCLUDED A DISHONORABLE DISCHARGE WHEN THE CONVENING AUTHORITY'S ACTION DID NOT APPROVE ONE.

Briefs will be filed under Rule 25.

No. 15–0468/AF. U.S. v. Channing J. Spencer. CCA S32198. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 27, 2015.

Thursday, April 9, 2015

No. 13–0522/AF.  U.S. v. David J.A. Gutierrez.  CCA 37913.  Appellant's petition for reconsideration of the Court's opinion, 74 M.J. 61 (C.A.A.F. 2015), is denied.

Friday, April 10, 2015

No. 15–0294/AR.  U.S. v. Christopher S. Schloff.  CCA 20140708.  Appellant's motion to file a joint appendix is granted.

No. 15–0477/AF.  U.S. v. Nicholas E. Busch.  CCA 38530.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 29, 2015.